S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
MARVIN B. ADVIENTO (CA Bar No. 240315)
madviento@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Plaintiff
BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY MERGER
TO LASALLE BANK NA AS TRUSTEE FOR
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-OA6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION as successor by merger to LaSalle Bank NA as Trustee for WAMU Mortgage Pass-Through Certificates Series 2007-OA6,<br><br>Plaintiff,<br><br>v.<br><br>RENE ZEPEDA, an Individual; OTILIA A. ZEPEDA, an Individual; ANA I. BODDEKER, an Individual; SARALAND INVESMENTS, a California Unincorporated Association; JESSICA LOVETTE, an Individual; SEYMOUR MUSCATEL, an Individual; PACIFIC FEDERAL TITLE ASSOCIATES, DESCHUTES RIVER PROPERTIES, a California Unincorporated Association; KAREN TAPPERT, an Individual; NORTHWEST PROPERTY ASSOCIATES, a California Unincorporated Association; MICHAEL WILLIAMS, an Individual; LB MARSHELL LAW, a California Unincorporated Association; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY KNOWN AS 19 CORAL CAY, NEWPORT BEACH, CA 92657, and DOES 1 through 50, inclusive, | **CASE NO.:** 8:12-cv-01957-UA-DUTY<br><br>**JUDGE:** Honorable Dean D. Pregerson<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>**[CASE CLOSED]**<br><br>cc: order, docket, remand letter to Orange County Superior Court, Santa Ana, No. 30-2012-00576328 |

1
**ORDER REMANDING CASE TO STATE COURT**
3404741.2 -- AL109.2099

1  |  Defendants.
2  |
3
4       On November 26, 2012, this Court denied defendant O. Zepeda's Request to
5  Proceed In Forma Pauperis, because only one defendant out of three defendants
6  sought to proceed in forma pauperis instead of all three defendants.  As a result of the
7  Order, the case was not assigned to a District Court Judge and was not allowed to be
8  removed.  Therefore, this case is closed and hereby remanded back to state court.
9       **IT IS SO ORDERED.**
10
11
12  DATED:  January 04, 2013
13
14                                          ACTING CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT