S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
MARVIN B. ADVIENTO (CA Bar No. 240315)
madviento@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Plaintiff
BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY MERGER
TO LASALLE BANK NA AS TRUSTEE FOR
WAMU MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-OA6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION as successor by merger to LaSalle Bank NA as Trustee for WAMU Mortgage Pass-Through Certificates Series 2007-OA6, <br><br> Plaintiff, <br><br> v. <br><br> RENE ZEPEDA, an Individual; OTILIA A. ZEPEDA, an Individual; ANA I. BODDEKER, an Individual; SARALAND INVESMENTS, a California Unincorporated Association; JESSICA LOVETTE, an Individual; SEYMOUR MUSCATEL, an Individual; PACIFIC FEDERAL TITLE ASSOCIATES, DESCHUTES RIVER PROPERTIES, a California Unincorporated Association; KAREN TAPPERT, an Individual; NORTHWEST PROPERTY ASSOCIATES, a California Unincorporated Association; MICHAEL WILLIAMS, an Individual; LB MARSHELL LAW, a California Unincorporated Association; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY KNOWN AS 19 CORAL CAY, NEWPORT BEACH, CA 92657, and DOES 1 through 50, inclusive, | **CASE NO.:** 8:12-cv-01957-UA-DUTY <br><br> **JUDGE:** Honorable Dean D. Pregerson <br><br> **ORDER REMANDING CASE TO STATE COURT** <br><br> **[CASE CLOSED]** <br><br> cc: order, docket, remand letter to Orange County Superior Court, Santa Ana, No. 30-2012-00576328 |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

**ORDER REMANDING CASE TO STATE COURT**

1
2

    Defendants.

3

4        On November 26, 2012, this Court denied defendant O. Zepeda's Request to

5  Proceed In Forma Pauperis, because only one defendant out of three defendants

6  sought to proceed in forma pauperis instead of all three defendants.  As a result of the

7  Order, the case was not assigned to a District Court Judge and was not allowed to be

8  removed.  Therefore, this case is closed and hereby remanded back to state court.

9      **IT IS SO ORDERED.**

10

11

12  DATED:  January 04, 2013

13

14              ACTING CHIEF JUDGE
                  UNITED STATES DISTRICT COURT

15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2

3404741.2 -- AL109.2099